UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN THE MATTER OF THE ARBITRATION BETWEEN<br><br>JOLEN, INC.<br><br>                      Petitioner,<br><br>and<br><br>KUNDAN RICE MILLS, LTD. AND KUNDAN CARE PRODUCTS, LTD.<br><br>                      Respondents. | Case No. 1:19-cv-01296-PKC<br><br>Order |

        Having considered Petitioner Jolen, Inc.'s ("Jolen") proposed motion Directing Alternate Service on Non-U.S. Respondents Kundan Rice Mills, Ltd. and Kundan Care Products, Ltd. (collectively, the Kundan Respondents") (the "Motion for Alternative Service"), and having ordered Jolen to submit a proposed order (ECF No. 9, Dated February 22, 2019), and good cause appearing therefore, the Court ORDERS as follows:

        1.     The Motion for Alternative Service is GRANTED;

        2.     The Court, having considered the provisions of Federal Rule of Civil Procedure 4(f)(3), directs Jolen to effect service of process upon:

        (a)     The Kundan Repondents, by emailing a copy of the Petition to Confirm the July 13, 2018 Partial Final Arbitration Award to Lennon Murphy & Phillips LLP (the "Lennon Firm"), counsel of record to the Kundan Respondents in ICC Arbitration Case No. 21848 (the "Arbitration") at klennon@lmplaw.net and plennon@lmplaw.net; and

        (b)     The Kundan Respondents, by emailing a copy of the Petition to Confirm the July 13, 2018 Partial Final Arbitration Award to Mr. Prithu Garg, who appeared with the Lennon Firm in the Arbitration and who is counsel of record for the Kundan Respondents in related proceedings in India at prithu@gnslegal.in.

IT IS SO ORDERED.

DATED: _____

                                          THE HONORABLE P. KEVIN CASTEL
                                          UNITED STATES DISTRICT JUDGE