UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN THE MATTER OF THE ARBITRATION BETWEEN

JOLEN, INC.

                Petitioner,

and

KUNDAN RICE MILLS, LTD. AND
KUNDAN CARE PRODUCTS, LTD.

                Respondents.

Case No. 1:19-cv-01296-PKC

**Certificate of Service**

---

      I hereby certify that on February 26, 2019, pursuant to this Court's Order (ECF No. 12), I served the following documents: **Petition to Confirm the Partial Final Award (ECF No. 1), Civil Action Cover Sheet (ECF No. 2), Corporate Disclosure Statement of Jolen, Inc. (ECF No. 3); Declaration of Jeremy E. Deutsch and Exhibits 1-5 thereto (ECF No. 4 and 4-1 – 4-5); Initial Pretrial Order (ECF No. 7), and; Order (ECF No. 12).** I further served a copy of the Court's Initial Pre-Trial Conference Order (ECF No. 7) by separate email on February 26, 2019. The aforementioned documents were all served on the following as ordered:

      (a)    Kundan Rice Mills, Ltd. and Kundan Care Products, Ltd. (the "Kundan Repondents") by emailing said documents to Lennon Murphy & Phillips LLP (the "Lennon Firm"), counsel of record to the Kundan Respondents in ICC Arbitration Case No. 21848 (the "Arbitration") at klennon@lmplaw.net and plennon@lmplaw.net; and

      (b)    The Kundan Respondents by emailing a copy of said documents to Mr. Prithu Garg, who appeared with the Lennon Firm in the Arbitration and who is counsel of record for the Kundan Respondents in related proceedings in India at prithu@gnslegal.in.

      I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

      Executed on February 26, 2019.

                                                        Jeremy E. Deutsch