UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  3/25/19
```

IN THE MATTER OF THE ARBITRATION
BETWEEN

JOLEN, INC.

                 Petitioner,

and

KUNDAN RICE MILLS, LTD. AND
KUNDAN CARE PRODUCTS, LTD.

                 Respondents.

Case No. 1:19-cv-01296-PKC

**ORDER TO SHOW CAUSE ~~AND~~**  *PKC*
~~**TEMPORARY RESTRAINING ORDER**~~

P. KEVIN CASTEL, U.S.D.J.:

Upon the Memorandum of Law in Support of Petitioner Jolen, Inc.'s Motion for

an Anti-Suit Injunction, the Declaration of Jeremy E. Deutsch, dated March 20, 2019, and upon

all pleadings and proceedings heretofore had herein, it is hereby:

ORDERED that Respondents show cause before this Court on _(April 3,)_____, 2019 at

~~10:00 a.m.~~ *2:00 p.m.*, in Courtroom 11D of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street,

New York, New York 10007, why an order should not be made and entered herein, pursuant to

Rule 65 of the Federal Rules of Civil Procedure:

(a)     compelling Respondents to dismiss, or to cause to be dismissed, the proceedings entitled *Kundan Rice Mills Ltd. and Another v. Jolen Inc.*, CIS No. 601 of 2016 (the "Indian Vacatur Action"), now pending in the High Court of Punjab and Haryana at Chandigarh, India;

(b)     enjoining Respondents, together with their officers, agents, servants, employees and attorneys, and all other persons who are in active concert or participation with Respondents or any of their officers, agents, servants, employees or attorneys, from commencing or prosecuting any action or proceeding in India that seeks to prevent the prosecution of this action, entitled *Jolen, Inc. v. Kundan Rice Mills, Ltd. and Kundan Care Products, Ltd.*, No. 1:19-cv-01296-PKC (S.D.N.Y.);

docs-100102491.1

(c)     enjoining Respondents, together with their officers, agents, servants, employees and attorneys, and all other persons who are in active concert or participation with Respondents or any of their officers, agents, servants, employees or attorneys, from commencing or prosecuting any action or proceeding in the courts of the Republic of India that seeks to enjoin, annul, vacate, modify or otherwise affect the enforcement of the Partial Final Arbitration Award dated July 13, 2018 in the arbitration entitled *Jolen, Inc. v. Kundan Rice Mills, Ltd., et al.*, ICC Case No. 21848/RD/MK (the "Award"), in any jurisdiction other than the Republic of India, or enforcing or attempting to enforce (by way of contempt or otherwise) any such order entered in any such action;

(d)     granting Petitioner its costs and disbursements of this proceeding, including its reasonable attorneys' fees; and

(e)     awarding such other relief as the Court deems just and proper; and

~~IT IS FURTHER ORDERED that, good and sufficient cause having been shown,~~

Respondents, together with their officers, agents, servants, employees and attorneys, and all

other persons in active concert with them who receive actual notice of this order, are hereby

RESTRAINED AND ENJOINED pending the hearing and determination of this motion from:

(a)     further prosecuting the Indian Vacatur Action, now pending in the High Court of Punjab and Haryana at Chandigarh, India, or enforcing (by way of contempt or otherwise) any order entered in such action; or

(b)     commencing or prosecuting any action or proceeding in India that seeks to enjoin, delay or prevent the prosecution of this action;

(c)     commencing any other action or proceeding in the courts of the Republic of India, arising out of, or affecting, in any manner whatsoever, the Award or that affects, or purports to affect, in any manner whatsoever, the validity or enforceability of the Award in any jurisdiction other than the Republic of India.

*Security in the amount of $ _____ will be posted by _____.*

~~IT IS FURTHER ORDERED that Petitioner will not be required to post a bond;~~

and

IT IS FURTHER ORDERED that opposition papers, if any, be served on *filed on ECF with courtesy copy to Chambers by April 1, 2019 by 5 P.M.* ~~Petitioner's attorneys and on the Court so as to be received by them on or before noon on~~

_____; and

2

IT IS FURTHER ORDERED that reply papers, if any, be served on Respondents

*10:00 a.m.*

*PKC* or their attorneys and on the Court so as to be received by them on or before ~~5:00 p.m.~~ on *April 3, 2019*

_____; and

IT IS FURTHER ORDERED that service of this order by email on or before *noon*

*PKC* *on March 26, 2019* , together with a copy of the papers on which it is based, on: (a) Respondents' counsel

of record in the arbitration entitled *Jolen, Inc. v. Kundan Rice Mills, Ltd., et al.*, ICC Case No.

21848/RD/MK, and; (b) Respondents' counsel in the Indian Vacatur Action, Mr. Prithu Garg,

shall constitute good and sufficient service of (a) this Order, and (b) the papers upon which it is

based.

*(5:16PM on March 25, 2019)*

GRANTED at _____ at New York, New York.

*SO ORDERED.*

*PKC*

_____
P. Kevin Castel
United States District Judge

*File all motion papers on ECF by the close of*
*PKC* *business on March 26, 2019.*

3