UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN THE MATTER OF THE ARBITRATION BETWEEN<br><br>JOLEN, INC.<br><br>        Petitioner,<br><br>and<br><br>KUNDAN RICE MILLS, LTD. AND KUNDAN CARE PRODUCTS, LTD.<br><br>        Respondents. | Case No. 1:19-cv-01296-PKC<br><br>**CERTIFICATE OF SERVICE** |

    I hereby certify that on April 10, 2019, I served the following documents by email: April 10, 2019 Opinion and Order granting Jolen's motion for an anti-suit injunction (ECF No. 21); and April 10, 2019 Opinion and Order granting the petition to confirm the arbitration award (ECF No. 22). The aforementioned documents were served as set forth in the Order granting alternative service (ECF No. 12) as follows:

    (a) Kundan Rice Mills, Ltd. and Kundan Care Products, Ltd. (the "Kundan Repondents") by emailing said documents to Lennon Murphy & Phillips LLP (the "Lennon Firm"), counsel of record to the Kundan Respondents in ICC Arbitration Case No. 21848 (the "Arbitration") at klennon@lmplaw.net and plennon@lmplaw.net; and

    (b) The Kundan Respondents by emailing a copy of said documents to Mr. Prithu Garg, who appeared with the Lennon Firm in the Arbitration and who is counsel of record for the Kundan Respondents in related proceedings in India at prithu@gnslegal.in.

    I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed on April 10, 2019.

                                      _____
                                       Peter A Halprin