UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN THE MATTER OF THE ARBITRATION BETWEEN<br><br>JOLEN, INC.<br><br>                      Petitioner,<br><br>and<br><br>KUNDAN RICE MILLS, LTD. AND KUNDAN CARE PRODUCTS, LTD.<br><br>                      Respondents. | Case No. 1:19-cv-01296-PKC<br><br>**CERTIFICATE OF SERVICE** |

       I hereby certify that on April 11, 2019, I served the following documents by email: the Civil Judgment in the above-captioned matter, dated April 11, 2019, and entered and filed by Clerk of the Court for the United States District Court, Southern District of New York, on April 11, 2019 (ECF No. 26), as well as the Appeal Instructions transmitted together therewith. The aforementioned documents were served as set forth in the Order granting alternative service (ECF No. 12) as follows:

       (a)    Kundan Rice Mills, Ltd. and Kundan Care Products, Ltd. (the "Kundan Repondents") by emailing said documents to Lennon Murphy & Phillips LLP (the "Lennon Firm"), counsel of record to the Kundan Respondents in ICC Arbitration Case No. 21848 (the "Arbitration") at klennon@lmplaw.net and plennon@lmplaw.net; and

       (b)    The Kundan Respondents by emailing a copy of said documents to Mr. Prithu Garg, who appeared with the Lennon Firm in the Arbitration and who is counsel of record for the Kundan Respondents in related proceedings in India at prithu@gnslegal.in.

       I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

       Executed on April 11, 2019.

                                                                     Christian V. Cangiano