UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN THE MATTER OF THE ARBITRATION BETWEEN<br><br>JOLEN, INC.<br><br>                    Petitioner,<br><br>and<br><br>KUNDAN RICE MILLS, LTD. AND KUNDAN CARE PRODUCTS, LTD.<br><br>                    Respondents. | Case No. 1:19-cv-01296-PKC<br><br>Proposed Amended Order |

Having granted Petitioner Jolen, Inc.'s ("Jolen") motion Directing Alternate Service on Non-U.S. Respondents Kundan Rice Mills, Ltd. and Kundan Care Products, Ltd. (collectively, the Kundan Respondents") per Your Honor's February 25, 2019 Order (ECF No. 12, Filed February 26, 2019) (the "Order"), and having considered Jolen's proposed motion to amend the Order in light of the Kundan Respondents' retention of new counsel in the Indian Vacatur proceeding, and good cause appearing therefore, the Court ORDERS as follows:

 1. The Motion for Amend the Order is GRANTED;

 2. The Court, having considered the provisions of Federal Rule of Civil Procedure 4(f)(3), directs Jolen to effect service of any further papers in this matter upon:

  (a) The Kundan Repondents, by emailing a copy of those further papers on Lennon Murphy & Phillips LLP (the "Lennon Firm"), counsel of record to the Kundan Respondents in ICC Arbitration Case No. 21848 (the "Arbitration") at klennon@lmplaw.net and plennon@lmplaw.net;

  (b) The Kundan Respondents, by emailing a copy of those further papers on Mr. Prithu Garg, who appeared with the Lennon Firm in the Arbitration and who was counsel of record for the Kundan Respondents in related proceedings in India at prithu@gnslegal.in; and

docs-100131013.1

(c)     The Kundan Respondents, by emailing a copy of the papers to Mr. Ajaivir Singh, who is new counsel of record for the Kundan Respondents in related proceedings in India to the Arbitration, at ajaivir@gmail.com.

IT IS SO ORDERED,

DATED:  5-31-19

THE HONORABLE P. KEVIN CASTEL
UNITED STATES DISTRICT JUDGE

2

docs-100131013.1