UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN THE MATTER OF THE ARBITRATION BETWEEN<br><br>JOLEN, INC.<br><br>                       Petitioner,<br><br>and<br><br>KUNDAN RICE MILLS, LTD. AND KUNDAN CARE PRODUCTS, LTD.<br><br>                       Respondents. | Case No. 1:19-cv-01296-PKC<br><br>**Certificate of Service** |

       I hereby certify that on June 3, 2019, pursuant to this Court's Orders (ECF Nos. 12 and 38), I served the following documents: **May 10, 2019 Order, by the Honorable P. Kevin Castel (ECF No. 29); Petitioner Jolen, Inc.'s Motion for an Order of Contempt Against Respondents (ECF No. 30); Memorandum of Law in Support of Petitioner Jolen, Inc.'s Motion (ECF No. 31); Declaration of Jeremy E. Deutsch and Exhibits 1-5 thereto (ECF No. 32 and 32-1 – 32-5); Certificate of Service for ECF Nos. 29 – 32-5 (ECF No. 33); Pre-Motion Letter re: Alternative Service with Exhibits A-D thereto (ECF No. 36); Declaration of Jeremy E. Deutsch and Exhibit 6 thereto (ECF No. 37); and the Amended Order re: Alternative Service (ECF No. 38).** The aforementioned documents were all served on the following as ordered:

       (a)     The Kundan Repondents, by emailing a copy of those further papers on Lennon Murphy & Phillips LLP (the "Lennon Firm"), counsel of record to the Kundan Respondents in ICC Arbitration Case No. 21848 (the "Arbitration") at klennon@lmplaw.net and plennon@lmplaw.net;

       (b)     The Kundan Respondents, by emailing a copy of those further papers on Mr. Prithu Garg, who appeared with the Lennon Firm in the Arbitration and who was counsel of record for the Kundan Respondents in related proceedings in India at prithu@gnslegal.in; and

docs-100131970.1

     (c) The Kundan Respondents, by emailing a copy of the papers to Mr. Ajaivir Singh, who is new counsel of record for the Kundan Respondents in related proceedings in India to the Arbitration, at ajaivir@gmail.com.

  I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

  Executed on June 4, 2019.

_____
Peter A. Halprin