UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN THE MATTER OF THE ARBITRATION BETWEEN

JOLEN, INC.

                Petitioner,

and

KUNDAN RICE MILLS, LTD. AND
KUNDAN CARE PRODUCTS, LTD.

                Respondents.

Case No. 1:19-cv-01296-PKC

**Certificate of Service**

I hereby certify that on July 9, 2019, pursuant to this Court's Orders (ECF Nos. 12 and 38), I served the **July 9, 2019 Opinion and Order on Civil Contempt, by the Honorable P. Kevin Castel (ECF No. 40)**, on the following as ordered:

    (a)    The Kundan Repondents, by emailing a copy of those further papers on Lennon Murphy & Phillips LLP (the "Lennon Firm"), counsel of record to the Kundan Respondents in ICC Arbitration Case No. 21848 (the "Arbitration") at klennon@lmplaw.net and plennon@lmplaw.net;

    (b)    The Kundan Respondents, by emailing a copy of those further papers on Mr. Prithu Garg, who appeared with the Lennon Firm in the Arbitration and who was counsel of record for the Kundan Respondents in related proceedings in India at prithu@gnslegal.in; and

    (c)    The Kundan Respondents, by emailing a copy of the papers to Mr. Ajaivir Singh, who is new counsel of record for the Kundan Respondents in related proceedings in India to the Arbitration, at ajaivir@gmail.com.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed on July 9, 2019.

                                                                 _____
                                                                 Peter A. Halprin

docs-100157497.1