# ANDERSON KILL P.C.

Attorneys and Counselors at Law



1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX:  212-278-1733
www.andersonkill.com

Jeremy E. Deutsch
Jdeutsch@andersonkill.com
212-278-1172

<u>Via ECF and Facsimile (212-805-7949)</u>                                July 22, 2019

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 11D
New York, NY  10007

        Re:   *In the Matter of the Arbitration between Jolen, Inc., Petitioner and Kundan Rice Mills, Ltd. and Kundan Care Products, Ltd.*, Case No. 1:19-cv-01296-PKC

Dear Judge Castel:

      We represent Petitioner Jolen, Inc. ("Jolen") in the above-referenced action and write to respectfully request leave of Court to withdraw Peter A. Halprin, Esq., from this matter as counsel.  As of August 1, 2019, Mr. Halprin will no longer be affiliated with Anderson Kill P.C.

      I, along with Christopher Cangiano, Esq., remain as counsel to Jolen.

      Accordingly, I respectfully request to withdraw Mr. Halprin as counsel in this action and that the official court docket and CM/ECF distribution be amended to reflect this change removing phalprin@andersonkill.com from electronic notification in this matter.

      We thank the Court for its attention to this matter.

                                      Respectfully submitted,

                                      /s/ Jeremy E. Deutsch