USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/10/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JOLEN, INC.,

                Petitioner,

-against-

KUNDAN RICE MILLS, LTD. and KUNDAN
CARE PRODUCTS, LTD.,

                Respondents.
-----------------------------------------------------------X

19 **CIVIL** 1296 (PKC)

**FINAL JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 10, 2020, the petition to confirm the Final Award is granted; Final Judgment is entered for Petitioner Jolen, Inc. ("Jolen") on the Final Award of December 17, 2019 as against the Respondents Kundan Rice Mills, Ltd. and Kundan Care Products, Ltd. (together, the "Kundan Entities") as follows:

(a)     $762,726.02 in pre-termination damages plus simple interest at 12% from January 14, 2019 until December 17, 2019, the date of the final award of $84,505.86;

(b)     $1,586,650.49 in post-termination damages plus simple interest at 9% from January 14, 2019 until December 17, 2019 the date of the final award of $131,844.14, though no amount is awarded for exemplary damages;

(c)     $70,796.00 for Kundan Entities' breach of the arbitration agreement;

(d)     $451,394.48 in legal fees and expenses;

(e)     Simple post-award interest of 9% per annum accruing from December 17, 2019, the date of the Award on all amounts granted above in paragraph (a) to (d) above, including pre-award interest, until these amounts are paid in full;

Pursuant to the Final Award, the parties shall split equally the ICC's costs of the arbitration, which totaled $45,230.00; The Anti-Suit Injunction Order issued by this Court remains in full force and effect; (Order of Apr. 9, 2019 (Doc. 21); the Court's Opinion and Order on Civil Contempt of

July 9, 2019 (Doc. 40) also remains in full force and effect; the Court retains jurisdiction with regard to enforcement of these Orders.

**Dated**: New York, New York
February 10, 2020

RUBY J. KRAJICK
**Clerk of Court**
BY:
**Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 2/10/2020